DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OTIS KIRKLAND,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and **WAL MART ASSOCIATES, INC.,**
Appellees.

No. 4D18-1240

[November 29, 2018]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. RAAC 18-00245.

Otis Kirkland, Lauderdale Lakes, pro se.

Amanda L. Neff, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*